UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 05-309 (MJD/FLN)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| GUY MAXWELL CARLSON (1), | ) |
| DAVID WILLIAM KOSMAS (3), and | ) |
| JAMES MAYNARD LAGACE (4), | ) |
| | ) |
| Defendants. | ) |

Upon motion of the United States, IT IS HEREBY ORDERED THAT Count 1 of the Indictment is amended by deleting the terms "1,000" and "841(b)(1)(A)" and by substituting the terms "100" and "841(b)(1)(B)" therefor.

SO ORDERED, this _8_ day of September, 2006.

_s/Michael J. Davis_____
Michael J. Davis
United States District Judge